UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIP EDWARDO,

                       Plaintiff,                   21 **CIVIL** 1514 (KPF)

        -against-                             **JUDGMENT**

THE ROMAN CATHOLIC BISHOP OF
PROVIDENCE; ST. ANTHONY'S CHURCH
CORPORATION NORTH PROVIDENCE; and
LOUIS E. GELINEAU,

                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 8, 2022, Defendants' motion to dismiss for lack of personal jurisdiction is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York
          January 10, 2022

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                                        BY:
                                                        Deputy Clerk